1  SUSAN SHER (SBN WA 14210)
   Law Offices of Susan Sher
2  215 West Standley Street, Suite 8
   Ukiah, California 95482
3  Telephone: (707) 463-1196
   Facsimile: (707) 462-6258
4
   Attorneys for Plaintiff,
5  SHARON L. LEUZINGER

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  SHARON L. LEUZINGER,            )   Case No. C 06-0398 SBA
                                    )
12              Plaintiff,          )
                                    )   **STIPULATION AND PROPOSED
13          -v-                     )   ORDER FOR FILING FIRST
                                    )   AMENDED COMPLAINT**
14  COUNTY OF LAKE,                 )
                                    )
15              Defendant.          )
                                    )
16  _____)
                                    )
17  _____)

18      IT IS HEREBY STIPULATED by and between the parties hereto through their

19  respective attorneys of record that plaintiff may file a First Amended Complaint, a copy of

20  which is attached hereto.

21  **E-filing concurrence**: I, Susan Sher, attorney for plaintiff, Sharon S. Leuzinger, attest that I

22  have obtained the concurrence of Mark A. Jones, attorney for defendant , for the filing of this

23  Stipulation and Proposed Order for Filing First Amended Complaint.

24

25  Dated: February 2, 2007          LAW OFFICES OF SUSAN SHER

26

27                                   By ___/s/ Susan Sher_____
                                        Susan Sher, Attorneys for Plaintiff,
28                                      SHARON L. LEUZINGER

Dated: January 29, 2007                    JONES & DYER

                                           By    /s/ Mark A. Jones
                                             Mark A. Jones, Attorneys for Defendant
                                             COUNTY OF LAKE


        IT IS HEREBY ORDERED based on the stipulation of the parties that plaintiff,

SHARON L. LEUZINGER may file the attached proposed First Amended Complaint.

        IT IS SO ORDERED.


Dated:  2/9/07                    _____
                                 U.S. DISTRICT JUDGE