1  JONES & DYER
   A Professional Corporation
2  1800 J Street
   Sacramento, California 95814
3  Telephone: (916) 552-5959
   Fax: (916) 442-5959
4
   MARK A. JONES, State Bar #96494
5  KRISTEN K. PRESTON, State Bar #125455

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
                                          )  Case No. C 06-0398 SBA
12 SHARON L. LEUZINGER,                   )
                                          )  STIPULATION AND [PROPOSED]
13       Plaintiff,                       )  ORDER RE DISMISSAL WITH
                                          )  PREJUDICE OF PLAINTIFF'S
14 v.                                     )  SECOND CAUSE OF ACTION
                                          )
15                                        )
   COUNTY OF LAKE,                        )
16                                        )  Trial Date: September 10, 2007
         Defendant.                       )  Pretrial Conf.: July 24, 2007
17                                        )  Judge: Hon. Sandra Brown Armstrong
                                          )
18 _____)

19

20       Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), provides that an action may be dismissed

21 by the plaintiff by filing a stipulation signed by all parties who have appeared in the action. Plaintiff

22 is represented by Susan Sher of the Law Officers of Susan Sher and Stephen M. Murphy of the Law

23 Offices of Stephen M. Murphy. Defendant has appeared in this action and is represented by Mark A.

24 Jones of the law firm of Jones & Dyer.

25       All parties to this matter, by and through their respective counsel of record, stipulate that an

26 order be issued by the court dismissing with prejudice, each party to bear their own costs and

27 attorneys' fees, the following claim asserted by plaintiff in her First Amended Complaint:

28       As to plaintiff Sharon L. Leuzinger, the parties hereby stipulate to dismiss with prejudice the
   Second Cause of Action contained within the First Amended Complaint, Discrimination on the Basis

                                              -1-

of Disability (Americans with Disabilities Act, 42 U.S.C. 12101 *et seq.*).

Dated: July 10, 2007     LAW OFFICES OF STEPHEN M. MURPHY

By   s/ Stephen M. Murphy
       Stephen M. Murphy

Dated: July 10, 2007     LAW OFFICES OF SUSAN SHER

By   s/ Susan Sher
       Susan Sher

Attorneys for Plaintiff,
SHARON L. LEUZINGER

Dated: July 10, 2007     JONES & DYER

By   s/ Mark A. Jones
       Mark A. Jones
       Attorneys for Defendant COUNTY OF LAKE

**ORDER**

IT IS SO ORDERED.

7/23/07

Hon. Saundra Brown Armstrong
United States District Court Judge

-2-