**FILED**

SEP 2 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON L. LEUZINGER, | ) Case No. C 06-0398 SBA |
| Plaintiff, | ) VERDICT |
| -v- | ) |
| THE COUNTY OF LAKE, | ) |
| Defendant. | ) |
| | ) |

WE THE JURY IN THE ABOVE-ENTITLED MATTER find, on the questions submitted to us, as follows:

**Disability Discrimination—Physical Disability**

1.      Did Sharon Leuzinger have a physical disability as defined by the Fair Employment and Housing Act?

_✓_ Yes      or      _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, answer question 7.

2.      Did the County of Lake know of Sharon Leuzinger's physical disability?

_✓_ Yes      or      _____ No

If your answer to question 2 is yes, then answer question 3. If you answered no, answer question 7.

3.      Was Sharon Leuzinger able to perform the essential job duties of her position, either with or without reasonable accommodation for her physical disability?

_✓_ Yes      or      _____ No

If your answer to question 3 is yes, then answer question 4. If you answered no, answer question 7.

    4.    Did the County of Lake take action or actions that were adverse to Sharon Leuzinger's employment?

        _✓_ Yes     or     _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, answer question 7.

    5.    Was Sharon Leuzinger's physical disability a motivating reason for the County of Lake's decision to take action or actions that were adverse to her employment?

        _✓_ Yes     or     _____ No

If your answer to question 5 is yes, then answer question 6. If you answered no, answer question 7.

    6.    Was the County of Lake's conduct a substantial factor in causing harm to Sharon Leuzinger?

        _✓_ Yes     or     _____ No

Answer question 7.

**Failure to Engage in Interactive Process**

    7.    Did the County of Lake fail to engage in a timely, good faith interactive process with Sharon Leuzinger for the purpose of reasonably accommodating her actual or perceived physical disability?

        _✓_ Yes     or     ~~No~~

If your answer to question 7 is yes, then answer question 8. If you answered no, answer question 9.

    8.    Was the County of Lake's failure to engage in a timely, good faith interactive process with Sharon Leuzinger a substantial factor in causing harm to her?

        _✓_ Yes     or     _____ No

Answer question 9.

**Failure to Provide Reasonable Accommodation**

9. Did the County of Lake fail to provide reasonable accommodation for Sharon Leuzinger's physical disability?

_✓_ Yes          or          _____ No

If your answer to question 9 is yes, then answer question 10. If you answered no, answer question 11.

10.   Was the County of Lake's failure to provide reasonable accommodation a substantial factor in causing harm to Sharon Leuzinger?

_✓_ Yes          or          _____ No

Answer question 11.

**Violation of the Federal Family and Medical Leave Act and the California Family Rights Act**

11.  Did the County of Lake remove Sharon Leuzinger from her position during her FMLA/CFRA leave of absence?

_✓_ Yes          or          _____ No

If your answer to question 11 is yes, answer question 12.  If you answered no, answer question 14.

12. Was Sharon Leuzinger's FMLA/CFRA leave a reason for removing her from her position as a Senior Juvenile Correctional Officer (SJCO)?

_____ Yes          or          _✓_ No

If your answer to question 12 is yes, answer question 13. If you answered no, answer question 14.

13. Was the County of Lake's conduct a substantial factor in causing harm to Sharon Leuzinger?          •

_____ Yes          or          _____ No

Answer question 14.

**Breast Cancer Discrimination**

14.  Was Sharon Leuzinger's breast cancer a motivating reason for removing her from her position as SJCO?

_____ Yes      or      ✓ No

If your answer to question 14 is yes, then answer question 15. If you answered no, answer question 16.

15.  Was the County of Lake's conduct a substantial factor in causing harm to Sharon Leuzinger?

_____ Yes      or      _____ No

Answer question 16.

**Termination in Violation of Public Policy**

16. Was Sharon Leuzinger terminated in violation of public policy?

_____ Yes      or      ✓ No

If you answered Yes to question 16, answer question 17. If you answered no, go to question 18.

17. Was the County of Lake's conduct a substantial factor in causing harm to Sharon Leuzinger?

_____ Yes      or      _____ No

Go to question 18.

**Damages**

Answer the following questions only if you have answered Yes to either questions 6, 8, 10, 13, 15, or 17.

18.   What are Sharon Leuzinger's damages?

a.   Past economic loss, including lost earnings and benefits:

$67,000.00

b.   Future economic loss, including lost earnings and benefits:

$360,000.00

c.   Past noneconomic loss, including past mental suffering, loss of enjoyment of life, anxiety, humiliation, emotional distress, fear, anger, and worry:

$1,250,000.00

d.   Future noneconomic loss, including past mental suffering, loss of enjoyment of life, anxiety, humiliation, emotional distress, fear, anger, and worry:

$1.00

TOTAL:   $1,677,001.00

Answer question 19 only if you answered Yes to question 13.

19.  Did the County of Lake prove that it acted in good faith and with a
reasonable belief that its actions did not violate the FMLA?

_____ Yes          or       _____ No


Signed: _____
              Presiding Juror

Dated: _SEPTEMBER 29, 2007_

When signed, this verdict form must be delivered to the clerk.

VERDICT                                         -6-                      Case No. C 06-0398 SBA VERDICT