**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

SHARON L. LEUZINGER,

    Plaintiff,

v.

COUNTY OF LAKE,

    Defendant.

No.  C 06-0398 SBA

**ORDER STAYING ENTRY OF JUDGMENT**

Before the Court is defendant County of Lake's motion for an order staying the entry of judgment on the jury verdict [Docket No. 104]. The jury returned a verdict in favor of the plaintiff on September 24, 2007. The defendant wishes to renew its motion for judgment as a matter of law and to file a motion for a new trial. Due to a medical emergency, the court reporter that transcribed the trial is currently unavailable to prepare the transcript. The defendant maintains that it cannot adequately prepare these motions without the transcript and therefore requests that entry of judgment be stayed until October 26, 2007.

The plaintiff opposes the motion for three reasons: (1) the trial transcripts are not necessary for preparing the renewed motion for judgment as a matter of law or motion for a new trial; (2) Federal Rule of Civil Procedure 58(a)(2)(A)(i) directs that a judgment be entered "promptly" following a jury's verdict; and (3) the plaintiff will lose interest on the award.

While the plaintiff's citation to Rule 58 is correct, Rule 58's directive is qualified by the provision, "unless the court orders otherwise." Moreover, while the plaintiff is correct that trial transcripts generally take some time to prepare, parties often rely on unofficial transcripts during the interim. Finally, the Court does note that the plaintiff may lose a small amount of interest on the award. However, the Court finds that the balance of equities favors allowing a short stay of entry of judgment. Due to circumstances beyond the control of either party, a transcript, even in unofficial form, will not be prepared as expeditiously as it normally would. Therefore, good cause exists to stay the entry of judgment for a brief amount of time. Accordingly, the defendant's motion [Docket No. 104] is

1  GRANTED. It is ORDERED that judgment will not be entered on the jury verdict until October 26,
2  2007.
3     IT IS SO ORDERED.

4     October 2, 2007

5                                             _____
                                              Saundra Brown Armstrong
6                                             United States District Judge

2