**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

SHARON L. LEUZINGER,       No. C 06-0398 SBA

    Plaintiff,      **FINAL JUDGMENT**

v.

COUNTY OF LAKE,

    Defendant.

On September 24, 2007, a jury returned a verdict in favor of plaintiff Sharon L. Leuzinger and awarded her $1,679,001.00 in damages against defendant County of Lake. *See* Docket No. 103. In accordance with the jury's verdict, it is hereby ORDERED that judgment is entered in favor plaintiff Leuzinger for that amount. This is a final judgment.

The Clerk of Court shall close the file and terminate any pending matters.

IT IS SO ORDERED.

October 31, 2007      *Saundra B Armstrong*
    Saundra Brown Armstrong
    United States District Judge