**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

SHARON L. LEUZINGER,

    Plaintiff,

v.

COUNTY OF LAKE,

    Defendant.

No. C 06-0398 SBA

**BRIEFING ORDER**

    Defendant County of Lake has filed a motion for judgment as a matter of law [Docket No. 118] and a motion for a new trial [Docket No. 121]. These motions have been noticed for February 5, 2008. The Court hereby ORDERS plaintiff Sharon L. Leuzinger to file an opposition to the motions by December 17, 2007. The defendant, if it so chooses, may file a reply by January 2, 2008. The motion hearing date will remain February 5, 2008, unless otherwise directed.

    IT IS SO ORDERED.

November 14, 2007

                                                Saundra B Armstrong
                                                Saundra Brown Armstrong
                                                United States District Judge