SHARON LEUZINGER,                                    No. C 06-00398 SBA

        Plaintiff,                                        **ORDER**

  v.                                                      [Docket No. 173]

COUNTY OF LAKE,

        Defendant.

_____

      With regards to plaintiff's Motion for Attorney Fees [Docket No. 173] and defendant's

Memorandum in Opposition regarding Motion for Attorneys Fees [Docket No. 191], the Court has

the matter under submission.  The Court, however, requires supplemental briefing on the issue as to

whether the specific multiplier of 2.0 is appropriate for this matter.  That is, *the Court requires*

*evidence as to what multipliers cases similar to this one have received.*  In this regard, the Court

directs the parties' attention to defendant's footnote 17, at page 21 of its Opposition, and to lines 17

through 24, on page 14 of plaintiff's Reply Memorandum regarding Motion for an Award of

Reasonable Attorneys' Fees [Docket No. 192].  The parties should expand on the information

referenced in these passages.  The parties, however, should *not* provide any briefing on the lodestar

factors, the factors which might or might not support an increase or reduction in the lodestar, or

whether a multiplier should or should not be applied.

      For briefing purposes, the Court sets the following schedule:  Plaintiff shall have 14 days

from the date of this order to file a supplemental brief in support of her position that she is entitled to

the specific multiplier of 2.0.  Defendant shall have 7 days from the date plaintiff files her

supplemental brief, to file an opposition or other response, if any.  Plaintiff shall then have 3 days

from the date defendant files its opposition or other response, to file a reply, if any.  Federal Rule of

///

///

///

1  Civil Procedure 6(a)(2) shall not apply to this schedule.  Points and authorities shall not exceed five

2  pages, excluding exhibits.

3

4          IT IS SO ORDERED.

5

6      May 9, 2008                                    _____
                                                      Saundra Brown Armstrong
7                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28