STEPHEN M. MURPHY (SBN 103768)
JEREMY A. GRAHAM (SBN 234166)
LAW OFFICES OF STEPHEN M. MURPHY
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:    (415) 986-1338
Fax:    (415) 986-1231

SUSAN SHER (SBN WA 14210)
LAW OFFICES OF SUSAN SHER
116 South State Street
Ukiah, California 95482
Tel:    (707) 463-1196
Fax:    (707) 462-6258

CHRIS R. REDBURN (SBN 77858)
LAW OFFICES OF CHRIS R. REDBURN
785 Market Street, Suite 1150
San Francisco, CA 94103
Tel:    (415) 512-7601
Fax:    (415) 512-1031

Attorneys for Plaintiff,
SHARON L. LEUZINGER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON L. LEUZINGER,<br><br>              Plaintiff,<br><br>      -v-<br><br>COUNTY OF LAKE,<br><br>            Defendant. | Case No. C 06-0398 SBA<br><br>**DECLARATION OF STEVEN G. PEARL IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF REASONABLE ATTORNEYS' FEES**<br><br>Date:      March 25, 2008<br>Time:      1:00 p.m.<br>Courtroom:  The Honorable Saundra<br>                Brown Armstrong |

     1.   I have personal knowledge of the matters set forth herein and I could and would competently testify to all such matters, if called upon to so.

     2.   I am licensed to practice law in the State of California.  I graduated from University of California Hastings College of the Law in 1992.

3.    My office, the Pearl Law Firm, located in Encino, California, specializes in wage and hour litigation.

4.    In two recent matters, courts awarded attorney fees to my office using a lodestar analysis with a 3.0 multiplier.  In <u>Sarang v. Medical Group of Beverly Hills</u> (L.A.S.C. Case No. LS012698), my office represented an employee alleging wage law violations. After our client prevailed before the Department of Labor Standards Enforcement, the employer appealed to the Superior Court, where our client prevailed again.  The Court granted our motion for an award of attorney fees, multiplying our lodestar by a factor of 3.0.  The Court awarded compensation, interest and penalties of 44,486.96.  In addition, the Court awarded attorney fees of $63,432.00.  A true and correct copy of the Notice of Ruling on Motion for Reasonable Attorney's Fees, file stamped by the Court on July 11, 2005, is attached hereto as Exhibit A.

5.    In <u>Aguilar v. Alexandria Restaurant</u> (L.A.S.C. Case No. BC341155) my office represented a group of employees alleging wage law violations. All defendants demurred, and the parties agreed to mediate. Our clients settled with one group of defendants. The remaining defendants defaulted after we filed and served a first amended complaint. The Court entered judgment against the defaulting defendants, granting our application for an award of attorney fees based on the lodestar analysis and using a multiplier of 3.0. The Court awarded compensation, interest and penalties of $153,434.13. In addition, the Court awarded attorney fees of $111,672.  A true and correct copy of the judgment, file stamped by the Court on January 18, 2007, including itemized amounts for attorney fees, is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Encino, California, this 22nd day of May, 2008.

/s/ Steven G. Pearl
_____

STEVEN G. PEARL

1
2  **ATTESTATION PURSUANT TO GENERAL ORDER 45**

3      I, STEPHEN M. MURPHY, hereby declare as follows:

4      I am one of the attorneys of record for Plaintiff Sharon Leuzinger in this action

5  and am duly licensed to practice law in the State of California and in the U.S. District

6  Court for the Northern District of California.

7      I hereby attest that concurrence from attorney and declarant Steven G. Pearl

8  has been obtained in the filing of this Declaration.

9      I declare under the penalty of perjury under the laws of the Untied States of

10 America that the foregoing is true and correct and, if called as a witness, I could testify

11 competently thereto.

12     Executed at San Francisco, California, this 23rd day of May, 2008.

13                                          _____/s/ Stephen M. Murphy_____

14                                          STEPHEN M. MURPHY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A
to Declaration of
Steven G. Pearl



1 Steven G. Pearl (CA Bar No. 163381)
Law Offices of Steven G. Pearl
2 16830 Ventura Boulevard, Suite 310
Encino, California 91436-1726
3 818/ 995-8300

4 Attorneys for Claimant and Respondent
MONICA SARANG, M.D.

ORIGINAL FILED
Los Angeles Superior Court

JUL 11 2005

John A. Clarke, Clerk
By Mario Gonzalez, Deputy

5

6

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF LOS ANGELES

10                          NORTHWEST DISTRICT

11

12 MEDICAL GROUP OF BEVERLY HILLS, )    Case No. LS012698
   INC., DBA CEDARS-SINAI MEDICAL )
13 GROUP,                         )     **NOTICE OF RULING ON MOTION FOR**
                                  )     **REASONABLE ATTORNEY'S FEES TO**
14         Defendant and Appellant, )   **CLAIMANT AND RESPONDENT MONICA**
                                  )     **SARANG, M.D.**
15         v.                      )
                                  )
16 MONICA SARANG, M.D.             )     Hon. Michael R. Hoff
                                  )     Department A
17         Claimant and Respondent. )
                                  )     Date:    July 8, 2005
18                                 )     Time:    8:30 a.m.
                                  )     Dept:    A
19                                 )
                                  )
20                                 )
                                  )
21 ─────────────────────────────── )

22

23

24

25

26

27

28

───────────────────────────────────────────────────────

        NOTICE OF RULING ON MOTION FOR REASONABLE ATTORNEY'S FEES
          TO CLAIMANT AND RESPONDENT MONICA SARANG, M.D.

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that this matter came on regularly for hearing on July 8, 2005, at 8:30

3    a.m., in Department A of this Court, located at 6230 Sylmar Avenue, Van Nuys, CA 91401, Hon.

4    Michael R. Hoff, presiding.  Steven G. Pearl, Esq., appeared on behalf of claimant and respondent

5    Monica Sarang, M.D. ("Dr. Sarang").  Defendant and appellant Medical Group of Beverly Hills, Inc.,

6    dba Cedars-Sinai Medical Group ("Defendant"), did not appear.

7        The Court having considered the papers filed in support of the motion, the Court's record and

8    the argument of counsel, and good cause appearing therefor, the Court ruled as follows:

9        Dr. Sarang's Motion for Attorney Fees is GRANTED.  As the prevailing party in this action, Dr.

10   Sarang shall recover reasonable attorney's fees in the amount of $63,432.00 from Defendant.

11

12   Dated: July 8 2005              LAW OFFICES OF STEVEN G. PEARL

13

14                                   _____
15                                        Steven G. Pearl
                                      Attorneys for Claimant and Respondent
16                                         Monica Sarang, M.D.

17

18

19

20

21

22

23

24

25

26

27

28

---

**NOTICE OF RULING ON MOTION FOR REASONABLE ATTORNEY'S FEES
TO CLAIMANT AND RESPONDENT MONICA SARANG, M.D.**

## PROOF OF SERVICE

I, Nikki Safavi, declare:

I am a resident of the State of California and over the age of 18 years, and not a party to this action. My business address is 16830 Ventura Boulevard, Suite 310, Encino, California 91436-1724. On July 8, 2005, I served the following document(s):

**NOTICE OF RULING ON MOTION FOR REASONABLE ATTORNEY'S FEES TO CLAIMANT AND RESPONDENT MONICA SARANG, M.D.**

☐     by transmitting the document(s) listed above via facsimile to the person(s) at the fax number(s) listed below on this date before 5:00 p.m.;

√     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California, addressed as listed below;

☐     by causing personal delivery of the document(s) listed above to the person(s) at the address(es) listed below;

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) listed below;

☐     by placing the document(s) listed above in a sealed envelope with delivery charges thereon fully prepaid, with Federal Express at Encino, California, addressed as listed below;

    Andrew B. Kaplan, Esq.
    Silver & Freedman
    2029 Century Park East, 19th Floor
    Los Angeles, CA 90067-3005
    Facsimile: 310/ 556-0832

I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. Under that practice, mail is deposited in the United States Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2005, at Encino, California.

Nikki Safavi

# EXHIBIT B
to Declaration of
Steven G. Pearl



ORIGINAL FILED

JAN 1 8 2007

LOS ANGELES
SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

CENTRAL DISTRICT

PEDRO AGUILAR, ET AL.,                    )   **CASE NO. BC341155**
                                          )
        Plaintiffs,                       )   HON. DAVID L. MINNING
                                          )   DEPT. 61
        v.                                )
                                          )   [~~PROPOSED~~] **JUDGMENT BY COURT**
ALEXANDRIA GOURMET                        )   **AFTER DEFAULT**
RESTAURANT, ET AL.,                       )
                                          )
        Defendants.                       )   Date:   October 31, 2006
                                          )   Time:   9:00 a.m.
                                          )   Dept:   61
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )

THE PEARL LAW FIRM

Plaintiffs Pedro Aguilar, Hector Ambriz, Malvin Black, Scott Carnick, Jose R. Chan Can, Yohanes Djuanto, Lucas Gonzalez, Juan Kuchimpos, Michael McDonald, Jose E. May Chan, Rigoberto Rangel-Corea, and Mario Zepeda (collectively, "Plaintiffs") filed their Complaint against defendants Alexandria Gourmet Restaurant, Ihab F. Shahawi, Vivian I. Elshahawi, Robaire Altounian, Entrecote Restaurant LLC, Olives & Grapes, LLC, and Does 1 Through 100, Inclusive (collectively, "Defendants") in this matter on or about November 23, 2005. Plaintiffs filed their First Amended Complaint against Defendants on or about March 22, 2006. Defendants Robaire Altounian and Entrecote Restaurant LLC did not respond to the Complaint or the First Amended Complaint. The Court entered their defaults on or about June 26, 2006.

The Court having considered Plaintiffs' Application for Entry of Default Judgment Against Defendants Robaire Altounian and Entrecote Restaurant LLC, the papers filed in support of the Application, and the papers on file in this action, and good cause appearing therefore,

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered for plaintiffs Pedro Aguilar, Hector Ambriz, Malvin Black, Scott Carnick, Jose R. Chan Can, Yohanes Djuanto, Lucas Gonzalez, Juan Kuchimpos, Michael McDonald, Jose E. May Chan, Rigoberto Rangel-Corea, and Mario Zepeda and against defendants Robaire Altounian and Entrecote Restaurant LLC, and each of them, jointly and severally, as follows:

Defendants Robaire Altounian and Entrecote Restaurant LLC, and each of them, jointly and severally, must pay to plaintiffs Pedro Aguilar, Hector Ambriz, Malvin Black, Scott Carnick, Jose R. Chan Can, Yohanes Djuanto, Lucas Gonzalez, Juan Kuchimpos, Michael McDonald, Jose E. May Chan, Rigoberto Rangel-Corea, and Mario Zepeda on the First Amended Complaint:

To Plaintiff Pedro Aguilar:

| | | |
|---|---|---|
| Unpaid wages | $ | 2,105.70 |
| Prejudgment interest at the annual rate of ten percent (10%) | $ | 184.90 |
| Penalties | $ | 6,050.00 |
| Treble Damages for Bounced Check | $ | 971.10 |
| Attorneys Fees | $ | 9,306.00 |
| Costs | $ | 258.09 |

1

**[PROPOSED] JUDGMENT BY COURT AFTER DEFAULT**

| TOTAL | $ | 18,875.79 |
|---|---|---|

To Plaintiff Hector Ambriz:

| Unpaid wages | $ | 2,621.00 |
|---|---|---|
| Prejudgment interest at the annual rate of ten percent (10%) | $ | 232.81 |
| Penalties | $ | 9,060.00 |
| Attorneys Fees | $ | 9,306.00 |
| Costs | $ | 258.09 |
| TOTAL | $ | 21,477.90 |

To Plaintiff Malvin Black:

| Unpaid wages | $ | 2,226.50 |
|---|---|---|
| Prejudgment interest at the annual rate of ten percent (10%) | $ | 210.43 |
| Penalties | $ | 6,740.00 |
| Attorneys Fees | $ | 9,306.00 |
| Costs | $ | 258.09 |
| TOTAL | $ | 18,741.02 |

To Plaintiff Scott Carnick:

| Unpaid wages | $ | 1,967.50 |
|---|---|---|
| Prejudgment interest at the annual rate of ten percent (10%) | $ | 66.67 |
| Penalties | $ | 7,970.00 |
| Attorneys Fees | $ | 9,306.00 |
| Costs | $ | 258.09 |
| TOTAL | $ | 19,568.26 |

To Plaintiff Jose R. Chan Can:

| Unpaid wages | $ | 2,048.97 |
|---|---|---|
| Prejudgment interest at the annual rate of ten percent (10%) | $ | 132.36 |
| Penalties | $ | 8,580.00 |

2

THE PEARL LAW FIRM

| Treble Damages for Bounced Checks | $ | 1,712.91 |
|---|---|---|
| Attorneys Fees | $ | 9,306.00 |
| Costs | $ | 258.09 |
| TOTAL | $ | 22,038.33 |

To Plaintiff Yohanes Djuanto:

| Unpaid wages | $ | 4,628.00 |
|---|---|---|
| Prejudgment interest at the annual rate of ten percent (10%) | $ | 472.03 |
| Penalties | $ | 9,590.00 |
| Attorneys Fees | $ | 9,306.00 |
| Costs | $ | 258.09 |
| TOTAL | $ | 24,254.12 |

To Plaintiff Lucas Gonzalez:

| Unpaid wages | $ | 2,810.00 |
|---|---|---|
| Prejudgment interest at the annual rate of ten percent (10%) | $ | 251.25 |
| Penalties | $ | 7,070.00 |
| Attorneys Fees | $ | 9,306.00 |
| Costs | $ | 258.09 |
| TOTAL | $ | 19,695.34 |

To Plaintiff Juan Kuchimpos:

| Unpaid wages | $ | 2,648.89 |
|---|---|---|
| Prejudgment interest at the annual rate of ten percent (10%) | $ | 130.65 |
| Penalties | $ | 9,762.50 |
| Attorneys Fees | $ | 9,306.00 |
| Costs | $ | 258.09 |
| TOTAL | $ | 22,106.13 |

To Plaintiff Michael McDonald:

| Unpaid wages | $ | 6,233.08 |
|---|---|---|
| Prejudgment interest at the annual rate of ten percent (10%) | $ | 708.32 |

3

| Penalties | $ | 10,409.60 |
|---|---|---|
| Attorneys Fees | $ | 9,306.00 |
| Costs | $ | 258.09 |
| TOTAL | $ | 26,915.09 |

To Plaintiff Jose E. May Chan:

| Unpaid wages | $ | 4,412.50 |
|---|---|---|
| Prejudgment interest at the annual rate of ten percent (10%) | $ | 307.17 |
| Penalties | $ | 11,604.50 |
| Attorneys Fees | $ | 9,306.00 |
| Costs | $ | 258.09 |
| TOTAL | $ | 25,888.26 |

To Plaintiff Rigoberto Rangel-Corea:

| Unpaid wages | $ | 2,442.00 |
|---|---|---|
| Prejudgment interest at the annual rate of ten percent (10%) | $ | 182.99 |
| Penalties | $ | 8,580.00 |
| Attorneys Fees | $ | 9,306.00 |
| Costs | $ | 258.09 |
| TOTAL | $ | 20,769.08 |

To Plaintiff Mario Zepeda:

| Unpaid wages | $ | 5,049.04 |
|---|---|---|
| Prejudgment interest at the annual rate of ten percent (10%) | $ | 430.76 |
| Penalties | $ | 12,830.00 |
| Attorneys Fees | $ | 9,306.00 |
| Costs | $ | 258.09 |
| TOTAL | $ | 27,873.89 |

DATED: _____JAN 1 8 2007_____

DAVID L. MINNING

HON. DAVID L. MINNING
JUDGE, LOS ANGELES SUPERIOR COURT

4