1  **STEPHEN M. MURPHY (SBN 103768)**
   **JEREMY A. GRAHAM (SBN 234166)**
2  **LAW OFFICES OF STEPHEN M. MURPHY**
   **180 Montgomery Street, Suite 940**
3  **San Francisco, CA 94014**
   **Telephone: (415) 986-1338**
4  **Facsimile: (415) 986-1231**

5  **SUSAN SHER (SBN WA 14210)**
   **LAW OFFICES OF SUSAN SHER**
6  **116 South State Street**
   **Ukiah, California 95482**
7  **Telephone: (707) 463-1196**
   **Facsimile: (707) 462-6258**
8
   **CHRIS R. REDBURN (SBN 77858)**
9  **LAW OFFICES OF CHRIS R. REDBURN**
   **785 Market Street, Suite 1150**
10 **San Francisco, CA 94103**
   **Tel:     (415) 512-7601**
11 **Fax:    (415) 512-1031**

12 Attorneys for Plaintiff
   SHARON L. LEUZINGER
13

14 **MARK A. JONES, State Bar #96494**
   **KRISTEN K. PRESTON, State Bar #125455**
15 **JONES & DYER**
   **A Professional Corporation**
16 **1800 J Street**
   **Sacramento, California 95814**
17 **Telephone:  (916) 552-5959**
   **Fax: (916) 442-5959**
18
   Attorneys for Defendant
19 COUNTY OF LAKE

20                    UNITED STATES DISTRICT COURT

21              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  SHARON L. LEUZINGER, | NO. CV-06-0398-SBA |
| 23              Plaintiff, | **FURTHER ORDER RE PAYMENT OF JUDGMENT** |
| 24  vs. | Judge: |
| 25  COUNTY OF LAKE, | Honorable Saundra Brown Armstrong |
| 26              Defendants. | |

27
28

---

**[PROPOSED] FURTHER ORDER RE PAYMENT OF JUDGMENT**
**CASE NO. 4:06-CV-00398-SBA**

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\T-JOINT STATEMENT re ORDER writ of mandate-ORDER.wpd

1

_____ )

## FURTHER ORDER RE PAYMENT OF JUDGMENT

On July 7, 2008, this Court issued an Order granting plaintiff Sharon Leuzinger's Motion for a Writ of Mandate to Compel Defendant County of Lake to Satisfy Judgment and ordering the parties to meet and confer and file a joint statement within 30 days, detailing how the County will pay Leuzinger's judgment, costs, and interest, under sections 970 through 971.2 of the Government Code [Docket No. 230].  The parties filed their joint statement on August 6, 2008, in which they proposed establishing an Internal Revenue Code Section 468B trust (Title 26 U.S.C. Section 468B) in the name of The Leuzinger Section 468B Trust.  The parties have requested an extension of the time for defendant to pay Leuzinger's judgment, costs, and interest, in order to allow plaintiff an opportunity to file a petition to establish the trust, a memorandum of points and authorities, and proposed order.

Based on the foregoing, and good cause appearing, the Court ORDERS the parties to continue to meet and confer with respect to payment of the judgment and file a further joint statement regarding payment of the judgment, costs, and interest on or before September 5, 2008.

IT IS SO ORDERED.

8/11/08

_____
Hon. Saundra Brown Armstrong
United States District Court Judge

[PROPOSED] FURTHER ORDER RE PAYMENT OF JUDGMENT
CASE NO. 4:06-CV-00398-SBA

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\T-JOINT STATEMENT re ORDER writ of mandate-ORDER.wpd

2