STEPHEN M. MURPHY (SBN 103768)
JEREMY A. GRAHAM (SBN 234166)
LAW OFFICES OF STEPHEN M. MURPHY
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:    (415) 986-1338
Fax:    (415) 986-1231

SUSAN SHER (SBN WA 14210)
LAW OFFICES OF SUSAN SHER
116 South State Street
Ukiah, California 95482
Tel:    (707) 463-1196
Fax:    (707) 462-6258

CHRIS R. REDBURN (SBN 77858)
LAW OFFICES OF CHRIS R. REDBURN
785 Market Street, Suite 1150
San Francisco, CA 94103
Tel:    (415) 512-7601
Fax:    (415) 512-1031

Attorneys for Plaintiff, SHARON L. LEUZINGER

MARK A. JONES (SBN 96494)
KRISTEN K. PRESTIN (SBN 125455)
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95812
Tel:    (916) 552-5959
Fax:    (916) 442-5959

Attorneys for Defendant, COUNTY OF LAKE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARON L. LEUZINGER, | ) | Case No. C 06-0398 SBA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | **ORDER APPROVING** |
| | ) | **DISTRIBUTIONS FROM** |
| COUNTY OF LAKE, | ) | **LEUZINGER SECTION** |
| | ) | **468B TRUST** |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to the parties' Stipulation Regarding Distributions From Leuzinger Section 468B Trust, the Court makes the following findings of fact:

1. On January 26, 2006, plaintiff Sharon L. Leuzinger filed a complaint in this Court against defendant Lake County ("the County"), alleging nine causes of action for employment discrimination and state and federal statutory violations.

2. After a jury trial, a verdict was entered in favor of Leuzinger on three state causes of action on September 24, 2007, and on October 31, 2007, the Court entered Judgment in Leuzinger's favor in the sum of $1,697,001.

3. On January 27, 2009 the Honorable Saundra Brown Armstrong approved establishment of the Leuzinger Section 468B Trust [Docket No. 251] ("the Trust."). The Trust is a "disputed ownership trust" governed by 26 U.S.C. §468B(g) and 26 C.F.R. §1.468B-9

4. On March 3, 2008, the County filed a Notice of Appeal in the U.S. Court of Appeals for the Ninth Circuit.

5. On March 24, 2009, the County deposited the sum of $1,796,884.79 in the Trust which reflected full payment of the judgment, together with costs and accrued interest.

6. On March 30, this Court issued an Order Awarding Plaintiff Attorneys' Fees in the total amount of $735,500.50.

7. Pursuant to the County's Notice of Appeal, both parties filed briefs in the Ninth Circuit and on June 11, 2009, participated in oral argument.

8. Before a decision was rendered by the Ninth Circuit, the parties participated in a mediation at which plaintiff claimed to have accrued additional attorneys' fees in the amount of $165,565.00 since the motion for attorneys' fees had been filed, and further claimed accrued interest on the statutorily-awarded fees of $10,912.87 and on the pending statutory fees of $48,478.95. A settlement of this entire matter was reached at the mediation which required the County to pay the total sum of $2.5 million.

9. On July 10, 2009, the parties filed a Stipulation to Dismiss the appeal in the Ninth Circuit and on July 22, 2009, the Ninth Circuit dismissed the appeal pursuant to that Stipulation.

10. In addition to the amount of $1,796,884.79 which has been paid into the Trust, as per the

parties' mediated settlement agreement, the County has paid the additional amount of $703,115.21 into the Trust.

ACCORDINGLY, pursuant to the Stipulation of the parties the Court Orders that distributions shall be made from the Leuzinger Section 468B Trust as follows:

(a)  $352,113.69 to the Law Offices of Stephen M. Murphy as attorneys' fees and costs;

(b) $147,866.62 to Sharon Leuzinger;

( c) $500,000.00 to BARCO Assignments, Ltd., for periodic payments for attorneys' fees to Susan Sher;

(d)  $500,000.00 to BARCO Assignments, Ltd., for periodic payments for attorneys' fees to Stephen M. Murphy;

(e)  $1,000,000.00 to BARCO Assignments, Ltd., for periodic payments to Sharon Leuzinger; and

(f)  Any residual funds remaining in the Trust to the Stephen M. Murphy Trust Account for distribution to Leuzinger and her attorneys according to their agreement.

**IT IS SO ORDERED**.

Dated:  9/9/09

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge