**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95814**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**MARK A. JONES, State Bar #96494**
**KRISTEN K. PRESTON, State Bar #125455**

Attorneys for Defendant, COUNTY OF LAKE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON L. LEUZINGER, | NO. CV-06-0398-SBA |
| Plaintiff, | **STIPULATION AND ORDER RE ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |
| vs. | |
| COUNTY OF LAKE, | |
| Defendants. | |

On October 31, 2007, Judgment was entered in favor of plaintiff Sharon Leuzinger and against defendant County of Lake in the sum of $1,679,001. On March 30, 2009, the court entered its order awarding plaintiff Sharon Leuzinger attorneys fees in the sum of $735,500.50. Defendant County of Lake filed an appeal which by stipulation of the parties and order of the Ninth Circuit Court of Appeal was dismissed. Plaintiff Sharon Leuzinger and defendant County of Lake have resolved this case, including payment of an agreed sum for the Judgment and attorneys fees and costs, and accordingly the Judgment, including attorneys fees, costs and interest, has been satisfied in full.

Accordingly, the parties hereto, by and their respective counsel of record, hereby stipulate and agree that the Judgment entered October 31, 2007 in this matter has been satisfied in full and the parties hereto acknowledge satisfaction of the Judgment.

| | |
|---|---|
| Dated: October 20, 2009 | LAW OFFICES OF STEPHEN M. MURPHY |
| | By _____/s/ Stephen M. Murphy_____<br>Stephen M. Murphy |
| Dated: October 20, 2009 | LAW OFFICES OF SUSAN SHER |
| | By _____/s/ Susan Sher_____<br>Susan Sher<br>Attorneys for Plaintiff<br>SHARON L. LEUZINGER |
| Dated: October 20, 2009 | LAW OFFICES OF CHRIS REDBURN |
| | _____/s/ Chris Redburn_____<br>Chris Redburn<br>Attorney for Plaintiff<br>SHARON L. LEUZINGER |
| Dated: October 20, 2009 | JONES & DYER |
| | By _____/s/ Mark A. Jones_____<br>Mark A. Jones<br>Attorneys for Defendant COUNTY OF LAKE |

## **ORDER**

Pursuant to the stipulation of the parties, the court acknowledges and orders that the Judgment entered in this matter on October 31, 2007 has been satisfied in full.

Dated: 2/16/10

_____
Hon. Saundra Brown Armstrong
United States District Court Judge